# United States District Court
## For The District of Wyoming

PLC PARTNERS, LLC,

    Plaintiff,

    v.           Case No.  10-CV-141-D

BANK OF AMERICA, N.A.,

    Defendant.

### JUDGMENT IN A CIVIL CASE

This action came before the Court for a hearing on Plaintiff's Motion for Preliminary Injunction that was consolidated with a trial on the merits pursuant to Fed. R. Civ. P. 65(a)(2). Pursuant to this Court's Order dated November 12, 2010, and for the reasons set forth more fully therein,

    IT IS HEREBY ORDERED AND ADJUDGED

that Plaintiff shall take nothing from Defendant Bank of America, N.A. in this action and that Defendant shall recover its costs.

    DATED this __12th__ day of November, 2010.

*William F. Downes*
Chief United States District Judge